IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE A. BRUMFIELD, #129996, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:12-cv-479-TMH |
| ) | WO |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #14) to the Recommendation of the Magistrate Judge filed on June 19, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #12) filed on June 13, 2012 and is adopted;

3. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama.

DONE this the 22nd day of June, 2012.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE