IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE A. BRUMFIELD, #129996, )<br>)<br>Petitioner, )<br>v. )<br>)<br>ALABAMA DEPARTMENT OF )<br>CORRECTIONS, *et al.*, )<br>)<br>Respondents. ) | CASE NO. 2:12-cv-0479-TMH<br>WO |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #16) to the Recommendation of the Magistrate Judge filed on June 25, 2012 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #12) filed on June 13, 2012 is adopted;

3. This case is TRANSFERRED to the United States District Court for the Northern District of Alabama.

DONE this the 17th day of July, 2012.

                                                        /s/ Truman M. Hobbs
                                                   TRUMAN M. HOBBS
                                                   SENIOR UNITED STATES DISTRICT JUDGE